**Order filed May 22, 2014.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-14-00025-CV
NO. 14-14-00160-CV
_____

**FIREMAN'S FUND INSURANCE COMPANY, Appellant**
**V.**
**TRIYAR COMPANIES, LLC, TRIYAR COMPANIES, INC FKA TRIYAR COMPANIES, LLC, SJM REALTY, LTD., AND GPM HOUSTON PROPERTIES, LTD, Appellees**

**and**

**TRIYAR COMPANIES, LLC, TRIYAR COMPANIES, INC. FKA TRIYAR COMPANIES, LLC, SJM REALTY, LTD., AND GPM HOUSTON PROPERTIES, LTD, Appellants**
**V.**
**FIREMAN'S FUND INSURANCE COMPANY, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2010-47654A & 2010-47654**

## ORDER

On December 11, 2013, Fireman's Fund Insurance Company filed a notice of appeal from the trial court's order signed September 13, 2013, dismissing its counterclaim and cross-action in the severed action docketed under cause number

2010-47654A. The appeal in the severed action was docketed under appellate case number 14-14-00025-CV. On February 21, 2014, the appellees in the appeal of the severed action, referred to as the Triyar Group, filed a notice of appeal from the final judgment in the main case, which was docketed under case number 14-14-00160-CV.

The reporter's records in these related appeals were taken by two court reporters, Gina Wilburn and Terri W. Anderson. The records were originally due January 13, 2014, and March 25, 2014, respectively. On March 11, 2014, Gina Wilburn requested an extension of time to file the record until April 1, 2014, which the court granted. The records were not filed. On April 15, 2014, this court ordered the court reporters to file both records within thirty days. On April 16, 2014, Terri W. Anderson filed a request for a sixty-day extension of time to file the record, which the court granted in part, allowing an extension for only thirty days. The records have not been filed with the court. Gina Wilburn and Terri W. Anderson both have requested further extensions of time to prepare the records due to the extraordinary length of the records and large numbers of exhibits. We **GRANT** the requests and issue the following order.

We order **Gina Wilburn** and **Terri W. Anderson**, the court reporters for these cases, to file the records in these appeals on or before **June 23, 2014**. **No further extensions will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Wilburn** and **Terri W. Anderson** do not timely file the records as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the records.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.